## PEOPLE v. DI STEFANO.

(Supreme Court, Appellate Division, Second Department. December 30, 1915.)

INFANTS ☞18—PROTECTION—APPEAL FROM CHILDREN'S COURT—JURISDICTION OF SUPREME COURT.

The Appellate Division of the Supreme Court has jurisdiction of an appeal by defendant from a judgment of the Children's Court, Borough of Brooklyn, City of New York, adjudging her in danger of becoming morally depraved and placing her in a reformatory.

[Ed. Note.—For other cases, see Infants, Cent. Dig. § 18; Dec. Dig. ☞18.]

Appeal from Children's Court, Borough of Brooklyn, City of New York.

Proceeding by the People against Lena Di Stefano. From a judgment that defendant is in danger of becoming morally depraved, and placing her in a reformatory, she appeals. Affirmed.

Argued before JENKS, P. J., and CARR, STAPLETON, MILLS, and PUTNAM, JJ.

Charles L. Fasullo, of Brooklyn, for appellant.

Harry G. Anderson, Asst. Dist. Atty., of Brooklyn (James C. Cropsey, Dist. Atty., of Brooklyn, on the brief), for the People.

PER CURIAM. This court has jurisdiction of the appeal. People v. Fowler, 166 App. Div. 605, 152 N. Y. Supp. 261. The evidence was sufficient to warrant the court in adjudging that it is for the welfare of the defendant that she be placed in a reformatory. Section 1466, subd. 1, c. 410, Laws 1882, as amended by chapter 353, Laws of 1886; chapter 410, §§ 1608, 1609, and 1610, Greater New York Charter.

Judgment of the Court of Special Sessions of the City of New York, rendered in that part thereof designated by law as the Children's Court in Kings County, affirmed.